UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT ALAN KLINE,

    Plaintiff,

v.                                      Case No. 3:21cv1002-LC-HTC

CHARLES RETTIG, et al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on June 29, 2022 (ECF No. 32), recommending that Defendants' Motion to Dismiss (ECF No. 24) be granted and Plaintiff's claims be dismissed for failure to state a claim and for lack of jurisdiction.  The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.  The magistrate judge's Report and Recommendation (ECF No. 32) is adopted and incorporated by reference in this order.

2.  Defendants' Motion to Dismiss (ECF No. 24) is GRANTED as follows:

      a.    Plaintiff's claim for an advance refund under the CARES Act, if any, is DISMISSED WITH PREJUDICE for failure to state a claim.

      b.    Plaintiff's claim for an additional refund based on the Recovery Rebate Credit of the CARES Act is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

      c.    Plaintiff's FOIA claim is DISMISSED WITHOUT PREJUDICE for failure to state a claim.

3.    The clerk is directed to close the file.

**DONE AND ORDERED** this 1st day of September, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv1002-LC-HTC